EXHIBIT A

US00D929510S

| (12) | United States Design Patent | (10) Patent No.: | US D929,510 S |
|---|---|---|---|
| | Bakhtiyari | (45) Date of Patent: | ** Aug. 31, 2021 |

(54) **FACE AND LIP EXERCISE DEVICE**

(71) Applicant: **Maryam Bakhtiyari**, Manhattan Beach, CA (US)

(72) Inventor: **Maryam Bakhtiyari**, Manhattan Beach, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/778,271**

(22) Filed: **Apr. 12, 2021**

**Related U.S. Application Data**

(63) Continuation of application No. 29/708,777, filed on Oct. 9, 2019, now Pat. No. Des. 916,211.

(51) **LOC (13) Cl.** .............................................. **21-02**
(52) **U.S. Cl.**
 USPC ...................................................... **D21/662**
(58) **Field of Classification Search**
 USPC ...... D21/662, 694, 683, 682; D24/133, 152, D24/176, 200, 211, 212, 213, 214, 215; D8/499, 396, 393
 CPC ..... A61H 7/003; A61H 11/00; A61H 15/0092
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 959,684 | A | | 5/1910 | Adelman | |
|---|---|---|---|---|---|
| 1,389,436 | A | * | 8/1921 | Cameron | A61B 1/24 600/219 |
| 1,851,865 | A | * | 3/1932 | Ptacek | A63B 23/032 482/11 |
| 3,744,485 | A | * | 7/1973 | Worthy | A63B 23/032 601/23 |
| 3,841,318 | A | * | 10/1974 | Olson | A61B 1/32 600/220 |
| 3,938,508 | A | | 2/1976 | Buckner | |
| 4,200,089 | A | | 4/1980 | Inoue | |
| D257,324 | S | | 10/1980 | Huff, Jr. | |
| 4,280,696 | A | | 7/1981 | Ramon | |
| 4,671,260 | A | | 6/1987 | Buckner | |
| 5,030,224 | A | * | 7/1991 | Wright | A61B 17/083 606/151 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 306042987 | 9/2020 |
|---|---|---|

OTHER PUBLICATIONS

American metal pipe support, announced 2009 [online], [site visited May 3, 2021]. Available on the internet, URL:https://www.amazon.com/AMERICAN-METAL-4VPH-Hanger-Vent/dp/B000VZM24Q/ref=sr_1_180?dchild=1&keywords=pipe+support&qid=1619805116&sr=8-180 (Year: 2009).*

(Continued)

*Primary Examiner* — Khawaja Anwar
*Assistant Examiner* — Julice Seung Eun Oum
(74) *Attorney, Agent, or Firm* — Cislo & Thomas, LLP

(57) **CLAIM**

The ornamental design for a face and lip exercise device, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of my face and lip exercise device;
FIG. **2** is a front view of the face and lip exercise device of FIG. **1**;
FIG. **3** is a rear view of the face and lip exercise device of FIG. **1**;
FIG. **4** is a top plan view of the face and lip exercise device of FIG. **1**; and,
FIG. **5** is a tight side view of the face and lip exercise device of FIG. **1**, wherein the left side view is a mirror image.
The broken lines shown in the drawings illustrate portions of my face and lip exercise device that form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,421,630 | A * | 6/1995 | Sergi | B25B 9/02 |
| | | | | 294/93 |
| D388,846 | S | 1/1998 | Burghoffer | |
| D397,173 | S | 8/1998 | Edell | |
| 5,919,116 | A | 7/1999 | Edell | |
| 6,702,739 | B2 * | 3/2004 | Levisman | A61B 1/24 |
| | | | | 600/217 |
| 7,018,332 | B1 * | 3/2006 | Masson | A61B 17/02 |
| | | | | 600/201 |
| D585,948 | S * | 2/2009 | LoBue | D21/692 |
| 7,887,461 | B2 | 2/2011 | Bakhtiyari | |
| 8,287,565 | B2 * | 10/2012 | Risto | A61B 17/02 |
| | | | | 606/206 |
| 9,801,365 | B2 * | 10/2017 | Constantine | B25B 9/02 |
| D841,450 | S * | 2/2019 | Larson | D8/395 |
| D895,416 | S * | 9/2020 | Koiwa | D8/499 |
| 2007/0281829 | A1 | 12/2007 | Ferrara | |
| 2009/0143204 | A1 | 8/2009 | Gronda et al. | |

OTHER PUBLICATIONS

Powertec hose pipe hanger, announced 2017 [online], [site visited May 3, 2021]. Available on the internet, URL:https://www.amazon.com/POWERTEC-70173-Hose-Pipe-Hangers/dp/B077NYD2QN/ref=sr_1_105?dchild=1&keywords=pipe+support&qid=1619805385&sr=8-105 (Year: 2017).*

Facial Exerciser. https://www.amazon.com/Facial-Exerciser-Face-Lift-Corrector-Exercise/dp/B07R3WPQ6Q. Apr. 2019.

Facial Toning. https://beautymomme.com/facial-toning-with-bella-lip-appliance/. Dec. 2018.

Beauty Exercise. https://hollywood411.medium.com/bla-beauty-exercise-back-the-clock-on-aging-332727c42dfc. Dec. 2018.

* cited by examiner



Fig. 1



Fig. 2     Fig. 3



FIG. 4

FIG. 5