EX. B

US00D916211S

(12) **United States Design Patent**    (10) Patent No.:    **US D916,211 S**
Bakhtiyari    (45) **Date of Patent:**   **   **Apr. 13, 2021**

(54) **FACE AND LIP EXERCISE DEVICE**

(71) Applicant: **Maryam Bakhtiyari**, Manhattan Beach, CA (US)

(72) Inventor: **Maryam Bakhtiyari**, Manhattan Beach, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/708,777**

(22) Filed: **Oct. 9, 2019**

(51) LOC (13) Cl. .............................................. 21-02
(52) U.S. Cl.
    USPC ........................................................ **D21/662**
(58) **Field of Classification Search**
    USPC ...... D21/662, 694, 683, 682; D24/133, 152, D24/176, 200, 211, 212, 213, 214, 215; D8/499, 396, 393
    CPC ..... A61H 7/003; A61H 11/00; A61H 15/0092
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 959,684 | A | * | 5/1910 | Adelman | A63B 23/032 600/238 |
| 3,938,508 | A | * | 2/1976 | Buckner | A61F 5/00 606/204.15 |
| 4,200,089 | A | * | 4/1980 | Inoue | A61B 1/24 600/206 |
| D257,324 | S | * | 10/1980 | Huff, Jr. | D8/366 |
| 4,280,696 | A | * | 7/1981 | Ramon | A63B 23/032 482/11 |
| 4,671,260 | A | * | 6/1987 | Buckner | A63B 23/032 482/11 |
| D388,846 | S | * | 1/1998 | Burghoffer | D21/662 |
| D397,173 | S | * | 8/1998 | Edell | D21/662 |
| 5,919,116 | A | * | 7/1999 | Edell | A63B 23/032 482/11 |
| 7,887,461 | B2 | * | 2/2011 | Bakhtiyari | A63B 21/025 482/11 |
| 2007/0281829 | A1 | * | 12/2007 | Ferrara | A63B 23/032 482/11 |
| 2009/0143204 | A1 | * | 6/2009 | Gronda | A63B 21/0087 482/112 |

FOREIGN PATENT DOCUMENTS

CN          306042987    *    9/2020

OTHER PUBLICATIONS

Facial exerciser, announced 2019 [online], [site visited on Jan. 26, 2021], Available from internet, URL: https://www.amazon.com/Facial-Exerciser-Face-Lift-Corrector-Exercise/dp/B07R3WPQ6Q (Year: 2019).*
Facial toning, announced 2018 [online], [site visited on Jan. 26, 2021], Available from internet, URL: https://beautymomme.com/facial-toning-with-bella-lip-appliance/ (Year: 2018).*
Beauty exercise, announced 2018 [online], [site visited on Jan. 26, 2021], Available from internet, URL: https://hollywood411.medium.com/bla-beauty-exercise-back-the-clock-on-aging-332727c42dfc (Year: 2018).*

* cited by examiner

*Primary Examiner* — Khawaja Anwar
*Assistant Examiner* — Julice Seung Eun Oum
(74) *Attorney, Agent, or Firm* — Cislo & Thomas, LLP

(57)      **CLAIM**

I claim the ornamental design for a face and lip exercise device, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the face and lip exercise device.
FIG. **2** is a front view thereof.
FIG. **3** is a rear view thereof.
FIG. **4** is a top plan view thereof; and,
FIG. **5** is a right side view thereof with the left side view being a mirror image.

**1 Claim, 3 Drawing Sheets**





Fig. 1



FIG. 2



FIG. 3



Fig. 4

Fig. 5